UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS MERCEDES,
                            Plaintiff,

                            23 Civ. 8534 (LGS)

             -against-

                            ORDER

B. DRADDY, LLC,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated September 29, 2023, required the parties to file a proposed case management plan and joint letter by November 8, 2023, and scheduled an initial pretrial conference for November 15, 2023.

      WHEREAS, a Certificate of Default as to Defendant B. Draddy, LLC issued on November 2, 2023. It is hereby

      **ORDERED** that the November 8, 2023, deadline to file initial pretrial conference materials and the initial pretrial conference scheduled for November 15, 2023, are **CANCELLED** pending consideration of Plaintiff's forthcoming motion for default judgment. Plaintiff shall file its default judgment papers by **November 29, 2023.**

Dated: November 3, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**